# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

Robert P. Young, Jr.,
Chief Justice

147477

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

GENESEE COUNTY ROAD COMMISSION,
CITY OF SAGINAW, CASS COUNTY, and
TUSCOLA COUNTY,
          Plaintiffs-Appellants,

v

                                 SC: 147477
                                 COA: 313023
                                 Genesee CC: 09-091910-CL

BLUE CROSS AND BLUE SHIELD OF
MICHIGAN,
          Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the June 13, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



t1021

                               Clerk